## DENNIS JENKS *v.* OSBORNE/JENKS PRODUCTIONS ET AL.

The defendants' petition for certification for appeal from the Appellate Court (AC 28747) is denied.

*William F. Gallagher*, in support of the petition.

*Maurice T. FitzMaurice*, in opposition.

Decided September 5, 2007

## STATE OF CONNECTICUT *v.* LESLIE RUSSELL

The defendant's petition for certification for appeal from the Appellate Court, 101 Conn. App. 298 (AC 26026), is denied.

ROGERS, C. J., and NORCOTT, KATZ and VERTE-FEUILLE, Js., did not participate in the consideration or decision of this petition.

*Richard Emanuel*, in support of the petition.

*James M. Ralls*, senior assistant state's attorney, in opposition.

Decided September 12, 2007

## MICHAEL TRACY *v.* NEW MILFORD PUBLIC SCHOOLS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 101 Conn. App. 560 (AC 27308), is denied.

*David V. DeRosa*, in support of the petition.

*Mark J. Sommaruga*, in opposition.

Decided September 12, 2007